IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 28, 2008**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

**CHARLES L. FIRESTEIN, P.C.**
Charles L. Firestein, #002986
1300 E Missouri Ave Ste D-200
Phoenix, Arizona 85014
[602] 235-9000
Fax (602) 235-9040

Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Ste 250
Dallas, Texas 75243

Attorneys for Movant AMERICA'S SERVICING COMPANY, as servicer for LEHMAN PMSR SAIL

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE:**<br>**SHERYL GATTI**<br>**aka BIRDSONG,**<br>**aka COMER**<br>**aka ASHCROFT,**<br><br>Debtor(s),<br>_____<br>**AMERICA'S SERVICING COMPANY, as servicer for LEHMAN PMSR SAIL, its assignees and/or successors in interest,**<br><br>Movant,<br>vs.<br><br>**SHERYL GATTI,**<br>**aka BIRDSONG**<br>**aka COMER**<br>**aka ASHCROFT, DEBTOR;**<br>**WILLIAM E. PIERCE, TRUSTEE,**<br><br>Respondents. | **CHAPTER 7 PROCEEDINGS**<br><br>**CASE NO: 0:07-bk-00301-RJH**<br><br>**ORDER LIFTING STAY**<br>**RE: REAL PROPERTY LOCATED AT**<br>**1100 EAST WHIPPLE STREET,**<br>**SHOW LOW, ARIZONA 85901** |

Movant's Motion for Relief from the Automatic Stay having been properly noticed and no objections thereto having been filed.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Movant have an Order against above-named Respondents, terminating all stays and injunctions immediately with reference to real property generally described as 1100 EAST

WHIPPLE STREET, SHOW LOW, ARIZONA 85901 and legally described as:

THE WEST 70 FEET, BLOCK F, OF MCNEIL ACRES SUBDIVISION, ACCORDING TO BOOK 4 OF MAPS, PAGE 14, RECORDS OF NAVAJO COUNTY, ARIZONA;

EXCEPT THAT PORTION BEGINNING AT THE NORTHWEST CORNER OF LOT 7; THENCE EAST ALONG THE NORTH LINE OF SAID LOT, A DISTANCE OF 142 FEET; THENCE SOUTH PARALLEL TO THE EAST LINE OF SAID LOT, A DISTANCE OF 65.71 FEET;

THENCE WEST, PARALLEL TO THE SOUTH LINE OF SAID LOT A DISTANCE OF 142 FEET;

THENCE NORTH ALONG THE WEST LINE OF SAID LOT A DISTANCE OF 65.71 FEET TO THE POINT OF THE BEGINNING;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may pursue its state court remedies with reference to the above described real property and Debtor, pursuant to the Agreement which has been executed with respect to the real property; specifically, but not limited to, the necessary action required to obtain possession thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtor to another Chapter of the Bankruptcy Code.

**SIGNED AND DATED ABOVE.**